**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-20543-GLT |
| | : | |
| JESSICA L. JELLEY | : | Chapter 7 |
| | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| United States of America, Internal Revenue Service; Commonwealth of Pennsylvania, Department of Revenue; County of Allegheny; Moon Township; Moon Township School District; Jordan Tax Service; Keystone Collections Group, Weiss Burkard Kramer LLC and Mortgage Electronic Registration Systems Inc., as a Nominee for Mortgage Lenders of America, LLC | : | |
| | : | |
| Respondents | : | |

**SUPPLEMENTAL**
**CERTIFICATE OF SERVICE**
of
**Notice of Intent to Sell and of Hearing and Response Deadline**
and
**Motion to Sell Real Estate Free and Clear of Third**
**Party Interests, Liens, Claims, Charges and/or Encumbrances**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading(s) on the parties at the address specified below or on the attached list on August 16, 2019.

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: first class mail.

**Service of Notice of Intent to Sell and of Hearing and Response Deadline and Motion to Sell Real Estate**

See Exhibit A

**Service of Notice of Intent to Sell and of Hearing and Response Deadline**

See Exhibit B

**EXECUTED ON:** August 16, 2019

                                                    By:    */s/Natalie Lutz Cardiello*
                                                          Natalie Lutz Cardiello
                                                          PA ID# 51296
                                                          107 Huron Drive
                                                          Carnegie, PA 15106
                                                          ncardiello@comcast.net
                                                          (412) 276-4043

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | THE ATTORNEY GENERAL OF THE UNITED STATES<br>CIVIL DIVISION BANKRUPTCY SECTION<br>US DEPARTMENT OF JUSTICE<br>WASHINGTON DC 20530 | UNITED STATES ATTORNEY S OFFICE<br>WESTERN DISTRICT OF PENNSYLVANIA<br>700 GRANT STREET SUITE 4000<br>PITTSBURGH PA 15219 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>LIBERTY CENTER SUITE 970<br>1001 LIBERTY AVENUE<br>PITTSBURGH PA 15222 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>DEPARTMENT 280946<br>ATTN  BANKRUPTCY DIVISION<br>HARRISBURG PA 17128-0946 | CHRISTOS A KATSAOUNIS ESQUIRE<br>OFFICE OF THE CHIEF COUNSEL<br>DEPARTMENT 28106<br>HARRISBURG PA 17128 |
| COURTNEY OLSON<br>1052 HILAND AVENUE<br>FIRST FLOOR<br>CORAOPOLIS PA 15108 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC<br>1818 LIBRARY STREET<br>SUITE 300<br>RESTON VA 20190 | JOHN WEINSTEN ALLEGHENY COUNTY TREASURER<br>ROOM 109 COURTHOUSE<br>436 GRANT STREET<br>PITTSBURGH PA  15219-2497 |
| JORDAN TAX SERVICE<br>102 RAHWAY ROAD<br>MCMURRAY PA 15317 | CATHERINE TRESS TAX COLLECTOR<br>1700 BEAVER GRADE ROAD<br>SUITE 300<br>MOON TWP PA 15108 | KEYSTONE COLLECTIONS GROUP<br>546 WENDEL ROAD<br>IRWIN PA 15642 |
| WEISS BURKARD KRAMER LLC<br>TAX COLLECTION DEPARTMENT<br>445 FORT PITT BLVD STE 503<br>PITTSBURGH PA 15219 | MOON AREA SCHOOL DISTRICT<br>8353 UNIVERSITY BLVD<br>MOON TOWNSHHIP PA 15108 | |

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

Brunswick Hills OB/GYN
620 Cranbury Rd #90
East Brunswick, NJ 08816-4000

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Comcast
PO Box 719
Toledo, OH 43697-0719

Diversified Adjustment Swervices, Inc
Dasi-Bankrupcty
Re: Sprint
Po Box 32145
Fridley, MN 55432-0145

Jessica L. Jelley
43 Howard Avenue
Edison, NJ 08837-3433

Jonathan L. Perez
801 Gadeck Place
Perth Amboy, NJ 08861-2909

Mariner Finance
8211 Town Center Dr
Nottingham, MD 21236-5904

Nationstar Mortgage LLC dba Mr. Cooper
Attn: Bankruptcy
350 Highland Dr
Lewisville, TX 75067-4177

Pacific Union Financial
Attn: Bankruptcy
1603 Lbj Freeway, Suite 500
Farmers Branch, TX 75234-6071

Paypal
PO box 5018
Port Deposit, MD 21904

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Preferred Credit Inc
Po Box 1970
St Cloud, MN 56302-1970

Santander Consumer USA
Attn: Bankruptcy
Po Box 961245
Fort Worth, TX 76161-0244

SaVit Collection Agency
Attn: Bankruptcy
Re: Brunswick Hills Ob-Gyn
Po Box 250
East Brunswick, NJ 08816-0250

Southwest Credit Systems
Re:  Comcast
4120 International Parkway
Suite 1100
Carrollton, TX 75007-1958

Synchrony Bank/Amazon
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Walmart
Po Box 965024
Orlando, FL 32896-5024